# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| PARALLEL ENERGY LP | § | Case No. 15-_____ (__) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

| | | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| PARALLEL ENERGY GP LLC | § | Case No. 15-_____ (___) |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## **PENDING BANKRUPTCY CASES FILED**

1. **Parallel Energy LP**
2. **Parallel Energy GP LLC**

{BAY:02803416v1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PARALLEL ENERGY LP, *et al.*[1] | § § | Case No. 15-_____ (__) |
| Debtors. | § § § | (Joint Administration Requested) |

## DECLARATION REGARDING THE LIST OF CREDITORS HOLDING THE TWENTY-FIVE LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

I, Richard N. Miller, the Chief Financial Officer of the Parallel Energy GP LLC, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the Twenty-Five Largest Unsecured Claims Against the Debtors and that it is true and correct to the best of my information and belief.

Date: November 9, 2015             By: _____

Richard N. Miller
CFO

---

[1] The Debtors are Parallel Energy LP and Parallel Energy GP LLC.

{BAY:02803421v1}
518185000003 16337451.1

| Name, telephone number and complete mailing address including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Name of creditor and complete mailing address, including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of Claim (if secured also state value of security) | Secured Status |
|---|---|---|---|---|---|
| STEAGALL OIL CO<br>ATTN: DAVID STEAGALL<br>GENERAL MANAGER<br>616 N 16TH ST<br>CHICKASHA, OK 73018<br>UNITED STATES<br>PHONE: 405-224-0862<br>FAX: 405-224-1332<br>EMAIL: davidsteagall@steagalloil.com | STEAGALL OIL CO<br>ATTN: DAVID STEAGALL<br>GENERAL MANAGER<br>616 N 16TH ST<br>CHICKASHA, OK 73018<br>UNITED STATES | Trade Debt | | $ 85,466.15 | |
| BLUEKNIGHT ENERGY PARTNERS LP<br>ATTN: ALEX STALLINGS<br>CHIEF FINANCIAL OFFICER<br>6060 S. AMERICAN PLAZA ST. E<br>TULSA, OK 74135<br>UNITED STATES<br>PHONE: 405-278-6400<br>FAX: 713-632-8888 | BLUEKNIGHT ENERGY PARTNERS LP<br>ATTN: ALEX STALLINGS<br>CHIEF FINANCIAL OFFICER<br>6060 S. AMERICAN PLAZA ST. E<br>TULSA, OK 74135<br>UNITED STATES | Trade Debt | | $ 58,290.70 | |
| COMAC WELL SERVICES INC<br>ATTN: MARY MCKEE<br>PRESIDENT<br>1100 INDUSTRIAL BLVD<br>BORGER, TX 79007<br>UNITED STATES<br>PHONE: 806-274-2259<br>FAX: 806-274-5110 | COMAC WELL SERVICES INC<br>ATTN: MARY MCKEE<br>PRESIDENT<br>1100 INDUSTRIAL BLVD<br>BORGER, TX 79007<br>UNITED STATES | Trade Debt | | $ 40,036.89 | |
| TRIANGLE WELL SERVICE CO<br>129 S PRICE ROAD<br>PAMPA, TX 79065<br>UNITED STATES | TRIANGLE WELL SERVICE CO<br>129 S PRICE ROAD<br>PAMPA, TX 79065<br>UNITED STATES | Trade Debt | | $ 36,033.50 | |
| INDUSTRIAL OILS UNLIMITED LLC<br>ATTN: GUY BUTLER<br>VICE PRESIDENT<br>8565 COUNTY ROAD 12 1/2<br>PAMPA, TX 79065<br>UNITED STATES<br>PHONE: 806-691-2171<br>FAX: (806)669-2156 | INDUSTRIAL OILS UNLIMITED LLC<br>ATTN: GUY BUTLER<br>VICE PRESIDENT<br>8565 COUNTY ROAD 12 1/2<br>PAMPA, TX 79065<br>UNITED STATES | Trade Debt | | $ 30,479.14 | |
| DIVERSIFIED INDUSTRIAL SERV CO<br>ATTN: JAMES HANING<br>PRESIDENT<br>1400 NORTH MAIN ST<br>BORGER, TX 79007<br>UNITED STATES<br>PHONE: 806-274-2214 | DIVERSIFIED INDUSTRIAL SERV CO<br>ATTN: JAMES HANING<br>PRESIDENT<br>1400 NORTH MAIN ST<br>BORGER, TX 79007<br>UNITED STATES | Trade Debt | | $ 25,304.31 | |
| B & G ELECTRIC CO<br>ATTN: MATT HINTON<br>OWNER<br>241 WESTERN ST<br>PAMPA, TX 79065<br>UNITED STATES<br>PHONE: 806-665-4418<br>FAX: 806-665-4831 | B & G ELECTRIC CO<br>ATTN: MATT HINTON<br>OWNER<br>241 WESTERN ST<br>PAMPA, TX 79065<br>UNITED STATES | Trade Debt | | $ 20,782.20 | |
| CAIN ELECTRICAL SUPPLY<br>215 S. BONHAM<br>AMARILLO, TX 79106<br>UNITED STATES<br>PHONE: 86-374-4404<br>FAX: 806-371-7205 | CAIN ELECTRICAL SUPPLY<br>215 S. BONHAM<br>AMARILLO, TX 79106<br>UNITED STATES | Trade Debt | | $ 16,819.11 | |

| Creditor | | Type | Amount |
|---|---|---|---|
| WAR HORSE FISHING AND RENTAL TOOLS INC<br>ATTN: ROY A. ADCOCK<br>PRESIDENT<br>2049 FLOUR BLUFF DRIVE<br>CORPUS CHRISTI, TX 78418<br>UNITED STATES<br>PHONE: 361-939-9988 | WAR HORSE FISHING AND RENTAL TOOLS INC<br>ATTN: ROY A. ADCOCK<br>PRESIDENT<br>2049 FLOUR BLUFF DRIVE<br>CORPUS CHRISTI, TX 78418<br>UNITED STATES | Trade Debt | $ 15,988.53 |
| ROSE ROCK MIDSTREAM FIELD SERVICES LLC<br>ATTN: ROBERT N. FITZGERALD<br>SENIOR VICE PRESIDENT AND CHIEF FINANCIAL OFFICER<br>6120 S YALE AVE STE 700<br>TULSA, OK 74136<br>UNITED STATES<br>PHONE: 918-524-8100 | ROSE ROCK MIDSTREAM FIELD SERVICES LLC<br>ATTN: ROBERT N. FITZGERALD<br>SENIOR VICE PRESIDENT AND CHIEF FINANCIAL OFFICER<br>6120 S YALE AVE STE 700<br>TULSA, OK 74136<br>UNITED STATES | Trade Debt | $ 15,873.00 |
| EXTERRAN<br>ATTN: JON C. BIRO<br>CHIEF FINANCIAL OFFICER<br>16666 NORTHCHASE DR<br>HOUSTON, TX 77060<br>UNITED STATES<br>PHONE: 281-836-7000<br>FAX: 281-836-7000<br>EMAIL: becky.lee@exterran.com; maria.camacho@exterran.com; jon.biro@exterran.com | EXTERRAN<br>ATTN: JON C. BIRO<br>CHIEF FINANCIAL OFFICER<br>16666 NORTHCHASE DR<br>HOUSTON, TX 77060<br>UNITED STATES | Trade Debt | $ 14,395.30 |
| DJ'S WELL SERVICE & ROUSTABOUT<br>ATTN: VICKI RAMSAY<br>PRESIDENT<br>1621 N. MAIN ST<br>BORGER, TX 79007<br>UNITED STATES<br>PHONE: 806-274-2891<br>FAX: 806-873-2667 | DJ'S WELL SERVICE & ROUSTABOUT<br>ATTN: VICKI RAMSAY<br>PRESIDENT<br>1621 N. MAIN ST<br>BORGER, TX 79007<br>UNITED STATES | Trade Debt | $ 12,711.44 |
| K & K INC<br>ATTN: KELLY HARTMAN<br>SECRETARY/TREASURER<br>510 E. 2ND AVE<br>WHITE DEER, TX 79097<br>UNITED STATES<br>PHONE: 806-883-5621<br>FAX: 806-883-2073<br>EMAIL: KHARTMAN@K&KINC.COM | K & K INC<br>ATTN: KELLY HARTMAN<br>SECRETARY/TREASURER<br>510 E. 2ND AVE<br>WHITE DEER, TX 79097<br>UNITED STATES | Trade Debt | $ 10,472.27 |
| TURNER ENERGY SERVICES, LLC<br>ATTN: JOYCE RYEL<br>PRINCIPAL<br>1312 E WILLOW RD<br>ENID, OK 73701-8714<br>UNITED STATES<br>PHONE: 580-242-0513<br>FAX: 580-233-8562 | TURNER ENERGY SERVICES, LLC<br>ATTN: JOYCE RYEL<br>PRINCIPAL<br>1312 E WILLOW RD<br>ENID, OK 73701-8714<br>UNITED STATES | Trade Debt | $ 8,576.15 |
| MIDWEST COMPRESSOR SYSTEMS LLC<br>2517 MILLIRON ROAD<br>PAMPA, TX 79065<br>UNITED STATES | MIDWEST COMPRESSOR SYSTEMS LLC<br>2517 MILLIRON ROAD<br>PAMPA, TX 79065<br>UNITED STATES | Trade Debt | $ 8,283.81 |
| INSIGHT TECHNICAL SERVICES INC<br>ATTN: LARRY RHODES<br>PRESIDENT<br>332 MOUNTAIN VIEW ROAD<br>JOHNSTOWN, CO 80534<br>UNITED STATES<br>PHONE: 970-532-7781<br>FAX: 970-532-7772<br>EMAIL: LJRODE@INTECHSI.COM | INSIGHT TECHNICAL SERVICES INC<br>ATTN: LARRY RHODES<br>PRESIDENT<br>332 MOUNTAIN VIEW ROAD<br>JOHNSTOWN, CO 80534<br>UNITED STATES | Trade Debt | $ 7,946.95 |

| | | | |
|---|---|---|---|
| GILLIAM CONSULTING, LLC<br>ATTN: MERLA GILLIAM<br>3717 48TH ST<br>WOODWARD, OK 73802<br>UNITED STATES<br><br>PHONE: 580-571-7909<br>FAX: 580-256-8220 | GILLIAM CONSULTING, LLC<br>ATTN: MERLA GILLIAM<br>3717 48TH ST<br>WOODWARD, OK 73802<br>UNITED STATES | Trade Debt | $ 7,660.00 |
| CHROME MACHINE & CASTING INC<br>ATTN: BERNIE L. THOMAS<br>PRESIDENT<br>6400 Bell St., Apt.13202<br>AMARILLO, TX 7911<br>UNITED STATES<br><br>PHONE: 806-358-3636<br>EMAIL: mark@chromemachine.com | CHROME MACHINE & CASTING INC<br>ATTN: BERNIE L. THOMAS<br>PRESIDENT<br>6400 Bell St., Apt.13202<br>AMARILLO, TX 7911<br>UNITED STATES | Trade Debt | $ 7,575.94 |
| EVERGREEN CONSULTING COMPANY<br>14845 SW MURRAY SCHOLLS DR<br>BEAVERTON, OR 97007-9237<br>UNITED STATES | EVERGREEN CONSULTING COMPANY<br>14845 SW MURRAY SCHOLLS DR<br>BEAVERTON, OR 97007-9237<br>UNITED STATES | Trade Debt | $ 5,343.00 |
| JIM'S BEARINGS AND SUPPLY<br>ATTN: JIM SCROGGINS<br>OWNER<br>307 SOUTH MAIN STREET<br>BORGER, TX 79007<br>UNITED STATES<br><br>PHONE: 806-273-9525 | JIM'S BEARINGS AND SUPPLY<br>ATTN: JIM SCROGGINS<br>OWNER<br>307 SOUTH MAIN STREET<br>BORGER, TX 79007<br>UNITED STATES | Trade Debt | $ 4,829.11 |