IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PARALLEL ENERGY LP | § | Case No. 15-12263 (KG) |
| | § | |
| Debtor. | § | **Related D.I.: 2** |
| | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PARALLEL ENERGY GP LLC | § | Case No. 15-12264 (KG) |
| | § | |
| Debtor. | § | **Related D.I.: 2** |
| | § | |

**ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11
CASES FOR PROCEDURAL PURPOSES ONLY**

Having considered the Debtors' *Motion For Entry of An Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* (the "Motion"),[1] the Miller Declaration, and the evidence and arguments presented at the hearing, this Court finds that: (a) jurisdiction over the matters in the Motion is proper pursuant to 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; (b) this matter is a core proceeding pursuant to 23 U.S.C. § 157(b)(2); (c) that this Court may enter final order consistent with Article III of the United States Constitution; (d) venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409; (e) proper and adequate notice of the Motion has been provided and no further notice is needed; (f) the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors,

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

1

518185 000003 16097261.5

and all parties-in-interest; and (g) good and sufficient cause exists for granting the relief requested in the Motion. Accordingly, it is

**ORDERED** that the Motion is hereby **GRANTED** as set forth herein. It is further

**ORDERED** that, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the above-captioned chapter 11 Cases shall be consolidated for procedural purposes only and jointly administered under the Case styled *In re Parallel Energy LP, et al.*, Case No. 15-12263 (KG). It is further

**ORDERED** that the joint caption of the Cases shall read as it appears immediately below:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **PARALLEL ENERGY LP, *et al.*[2]** | § § § | Case No. 15-12263 (KG) (Jointly Administered) |
| Debtors. | § | |

It is further

**ORDERED** that the foregoing caption satisfies the requirements set forth in section 342 (c) (1) of the Bankruptcy code. It is further

---

[2] The Debtors in this case and the last four digits of each Debtor's taxpayer identification number are as follows: Parallel Energy LP (9322); and Parallel Energy GP LLC (9321). The Debtors' principal offices are located at 1323 E. 71st Street, Suite 200, Tulsa, OK 74136.

2

**ORDERED** that a docket entry, substantially similar to the following, shall be entered on the docket of Parallel Energy GP to reflect the joint administration of these Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Parallel Energy LP and Parallel Energy GP LLC. The docket in Case No. 15-12263 (KG) should be consulted for all matters affecting this case.

It is further

**ORDERED** that the procedural consolidation pursuant to this Order shall be for administrative purposes only and shall not be a substantive consolidation. This order shall be without prejudice to the rights of the Debtors to seek entry of an order substantially consolidating their respective cases. It is further

**ORDERED** that the clerk of this court shall maintain one file for the Cases, except that all schedules of assets and liabilities and statements of financial affairs required by Bankruptcy Rule 1007 shall be captioned and filed in the docket of each separate case, as appropriate. It is further

**ORDERED** that the Noticing and Balloting Agent shall maintain separate claim registers for each case and all proofs of claim shall be filed in the case in which the claim is asserted. It is further

~~**ORDERED** that the Debtors shall be allowed to file the monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis. It is further~~

**ORDERED** that one disclosure statement and plan of reorganization and/or liquidation may be filed for all Cases by any plan proponent. It is further

3

**ORDERED** that to the extent the Motion seeks authority to file monthly operating reports on a consolidated basis, such Motion is denied. It is further

**ORDERED** that the Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion. It is further

**ORDERED** that this Court retains jurisdiction with respect to all matters from arising from or related to the implementation, interpretation and enforcement of this Order.

Dated: November 10, 2015
Wilmington, Delaware

United States Bankruptcy Judge

518185 000003 16097261.5