# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PARALLEL ENERGY LP, et al.[1] | § | Case No. 15-12263 (KG) |
| | § | (Joint Administration Requested) |
| Debtors. | § | |
| | § | **Related D.I.: 3** |

## ORDER PERMITTING THE FILING OF
## CONSOLIDATED CREDITOR MATRIX

Having considered the *Motion to (A) Permit Filing of Consolidated Creditor Matrix; and (B) Implement Certain Notice Procedures* (the "Motion"),[2] the Miller Declaration, and any evidence and arguments presented at the hearing, this Court finds that: (a) jurisdiction over the matters in the Motion is proper pursuant to 28 U.S.C. §§ 1334 and 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; (b) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) that this Court may enter a final order consistent with Article III of the United States constitution; (d) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (e) proper and adequate notice of the Motion has been provided and no further notice is needed; (f) the relief sought in the Motion is in the best interest of the Debtors' estates, their creditors, and all parties-in-interest; and (g) good and sufficient cause exists for the relief requested in the Motion. Accordingly, it is

**ORDERED** the Motion is hereby **GRANTED** as set forth herein. It is further

---

[1] The Debtors are Parallel Energy LP and Parallel Energy GP LLC.
[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

1

518185 000003 16105069.7

**ORDERED** that the requirements of Local Rule 1007-2(a) and Local Rule 2002-1(f)(v) that separate mailing matrixes be submitted for each Debtor are permanently waived. It is further

**ORDERED** that Debtors are authorized to file a Consolidated Matrix List identifying potential parties-in-interest. It is further

**ORDERED** that this Order shall be immediately effective upon entry. It is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 10, 2015
Wilmington, Delaware

United States Bankruptcy Judge

518185 000003 16105069.7