IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PARALLEL ENERGY LP, *et al.*[1] | § | Case No. 15-12263-KG |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

NOTICE OF SECOND DAY HEARING TO BE HELD ON
DECEMBER 2, 2015 AT 12:00 P.M. (PREVAILING EASTERN TIME)

**PLEASE TAKE NOTICE** that on November 9, 2015 (the "**Petition Date**"), the above-captioned debtors (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, on November 10, 2015 (the "**First Day Hearing**"), the following motions (the "**First Day Motions**") were granted on an interim basis and will be heard on a final basis at a hearing scheduled for **December 2, 2015 at 12:00 p.m. (Prevailing Eastern Time)** (the "**Second Day Hearing**") before the Honorable Kevin Gross, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801:

1. *DIP/Cash Collateral*. Motion to Approve Debtor In Possession Financing [D.I. 4]

2. *Cash Management*. Motion of the Debtors for Interim and Final Orders Approving (A) Maintenance of Pre-Petition Bank Accounts and Cash Management System; and (B) Continued Use of Existing Checks and Business Forms [D.I. 5]

---

[1] The Debtors in this case and the last four digits of each Debtor's taxpayer identification number are as follows: Parallel Energy LP (9322) and Parallel Energy GP LLC (9321). The Debtors' principal offices are located at 1323 E. 71st Street, Suite 200, Tulsa, OK 74136.

3. *Critical Vendors*.  Motion Of The Debtors For Entry Of Interim And Final Orders (A) Authorizing The Payment Of Pre-Petition (I) Operating Expenses, (II) Joint Interest Billings, (III) Transportation And Warehousing Claims, And (IV) 503(b)(9) Claims, And (B) Confirming Administrative Expense Priority Of Outstanding Orders [D.I. 6]

4. *Royalty Payments*.  Motion Of The Debtors For Interim And Final Orders To (A) Honor Certain Pre-Petition Obligations To Working Interest Owners And Royalty Interest Owners; and (B) Continue Such Payments Post-Petition In The Ordinary Course Of Business [D.I. 7]

5. *Wages and Benefits*.  Motion Of The Debtors For Interim And Final Orders Authorizing (A) Payment Of Pre-Petition Employee Wages, Salaries And Payroll Taxes, (B) Reimbursement Of Employees For Pre-Petition Business Expenses, And (C) Honoring Of Existing Benefit Plans And Policies At The Debtors Discretion In The Ordinary Course Of Business [D.I. 8]

6. *Utilities*.  Motion Of The Debtors For Interim And Final Orders (A) Authorizing Adequate Assurance Of Payments To Utilities; (B) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services; And (C) Establishing Procedures For Resolving Requests For Additional Assurance Of Payment [D.I. 9]

7. *Taxes*.  Motion Of The Debtors To Authorize The Payment Of Pre-Petition Taxes And Related Obligations; And Continue Such Payments Post-Petition In The Ordinary Course Of Business [D.I. 10]

Objections, if any, to the First Day Motions set forth in this notice must be served upon each of the parties set forth below ***on or before November 30, 2015 by 4:00 p.m. (Prevailing Eastern Time)***: (a) the Debtors, 1323 E. 71st Street, Suite 200, Tulsa, OK 74136; (b) proposed counsel to the Debtors, Thompson & Knight LLP, One Arts Plaza, 1722 Routh Street, Suite 1500, Dallas, Texas 75201-2533, Attn: David M. Bennett and Cassandra Sepanik Shoemaker and Thompson & Knight LLP, Three Allen Center, 333 Clay Street, Suite 3300, Houston, Texas 77002, Attn: Demetra L. Liggins; (c) proposed co-counsel to the Debtors, Bayard, P.A., 222 Delaware Avenue, Suite 900, Wilmington, Delaware, 19801, Attn: Neil B. Glassman; (d) the Office of the United States Trustee for

the District of Delaware, 844 King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19899, Attn: Linda J. Casey; (e) the official committee of unsecured creditors (if any) appointed in these chapter 11 cases and their counsel; (f) counsel to the administrative agent for the Debtors' Pre-Petition Lenders,[2] (i) Latham & Watkins LLP, 885 Third Avenue, New York, NY, 10022-4834, Attn: Mitchell A. Seider, (ii) Blakes, Cassels & Graydon LLP, 855 2nd Street S.W., Suite 3500, Bankers Hall East Tower, Calgary, Alberta T2P 4J8, Attn: Kelly Bourassa; (iii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street Wilmington, Delaware 19801, Attn: Michael R. Nestor; and (g) counsel to the proposed Purchaser, Winstead PC, 500 Winstead Building, 2728 N. Harwood Street, Dallas, Texas 75201, Attn: Eli Columbus (collectively, the "**Notice Parties**").

**PLEASE TAKE FURTHER NOTICE** that the following motions (the "**Second Day Motions**", and together with the First Day Motions, the "**Motions**") will also be heard at the Second Day Hearing:

8. *Insurance*.   Motion Of The Debtors For Interim And Final Orders Authorizing (A) Continued Workers Compensation, Liability, Property, And Other Insurance Programs, (B) Payment Of All Obligations In Respect Thereof, And (C) The Ability To Enter Into Premium Financing Agreements In The Ordinary Course Of Business [D.I. 11]

9. *Bid Procedures*.   Motion Pursuant To 11 U.S.C. §§ 105, 363, 365, 503 And 507 And Bankruptcy Rules 2002, 6004 And 6006 For (I) Entry Of An Order (A) Establishing Bid And Auction Procedures Related To The Sale Of Substantially All Of The Debtors Assets; (B) Approving Related Bid Protections; (C) Scheduling An Auction And Sale Hearing; (D) Establishing Certain Notice Procedures For Determining Cure Amounts For Executory Contracts And Unexpired Leases To Be Assumed And Assigned; And (E) Granting Related Relief; And (II) Entry Of An Order (A) Approving The Sale Of Substantially All Of The Debtors Assets Free

---

[2] All capitalized terms not expressly defined herein shall have the same meaning as ascribed in the *Declaration Of Richard N. Miller In Support Of Voluntary Petitions And First Day Motions* [D.I. 15] (the "Miller Declaration").

      And Clear Of All Liens, Claims, Encumbrances And Interests; And (B) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases [D.I. 12]

10. *Bar Date*.  Motion Of The Debtors To Establish Deadlines For Filing Proofs Of Claim And Approving The Form And Manner Of Notice Thereof [D.I. 14]

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Second day Motions set forth in this notice must comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware.  As such, objections, if any, to the Second Day Motions set forth herein must be served upon each of the Notice Parties set forth above *on or before November 25, 2015 by 4:00 p.m. (Prevailing Eastern Time)*.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motions and other pleadings can be obtained through the Court's website at www.deb.uscourts.gov, referencing Case No. 15-12263 (KG) and on the website of the Debtors' proposed notice and claims agent, Prime Clerk LLC at https://cases.primeclerk.com/Parallel.  Further information may be obtained by calling (866) 727-8489 (US) or (929) 342-0753 (international) or emailing to parallelinfo@primeclerk.com or upon request from the undersigned proposed counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Second Day Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Second Day Hearing or at a later hearing.  The Debtors will file an agenda before the Second Day Hearing, which may modify or supplement the motions to be heard at the Second Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the hearing if you do not object to the relief requested in any of the Motions.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT WANT THE COURT TO GRANT THE RELIEF REQUESTED IN THE MOTIONS, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEW ON THE MOTIONS, THEN YOU OR YOUR ATTORNEY MUST ATTEND THE SECOND DAY HEARING.  IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTIONS AND MAY ENTER ORDERS GRANTING THE RELIEF REQUESTED IN THE MOTIONS.**

| | |
|---|---|
| Dated: November 11, 2015<br>Wilmington, DE | BAYARD, P.A.<br><br>*/s/ Evan T. Miller*<br>Neil B. Glassman (No. 2087)<br>GianClaudio Finizio (No. 4253)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Tel: (302) 655-5000<br>Fax: (302) 658-6395<br>E-mail: nglassman@bayardlaw.com<br>     gfinizio@bayardlaw.com<br>     emiller@bayardlaw.com |
| | and |
| THOMPSON & KNIGHT LLP<br>Demetra L. Liggins (admitted *pro hac vice*)<br>Three Allen Center<br>333 Clay Street, Suite 3300<br>Houston, TX 77002<br>Tel: (713) 951-5884<br>Fax: (832) 397-8052<br>E-mail: Demetra.Liggins@tklaw.com | THOMPSON & KNIGHT LLP<br>David M. Bennett (admitted *pro hac vice*)<br>Cassandra Sepanik Shoemaker (admitted *pro hac vice*)<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, TX 75201-2533<br>Tel: (214) 969-1700<br>Fax: (214) 969-1751<br>E-mail: David.Bennett@tklaw.com<br>     Cassandra.Shoemaker@tklaw.com<br><br>*Proposed Counsel for the Debtors* |