# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

*Hearing Information:*

|||||
|---|---|---|---|
| **Debtor:** | PARALLEL ENERGY LP | | |
| **Case Number:** | 15-12263-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 10, 2015 02:00 PM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

*Matter:*

First Day Pleadings
**R / M #:**   26 / 0

*Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

*Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 - Petition
#2 - Declaration of Richard N. Miller - Admitted
#3 - Joint Administration -  ORDER SIGNED
#4 - Credit Matrix -  ORDER SIGNED
#5 - DIP/Cash Collateral - ORDER SIGNED - Date Scheduled 12/2/15 @ Noon; Objection Deadline 11/30/15 @ 4 pm.
#6 - Cash Management -  ORDER SIGNED - Date - Final Hearing - 12/2/15 @ Noon; Obj. Deadline 11/30/15 @ 4 pm
#7 - Critical Vendors - Interim ORDER SIGNED - Final Hearing date - 12/2/15 @ Noon; Obj. Deadline 11/30/15 @ 4 pm.
#8 - Royalty Payments - Interim  ORDER SIGNED - Final Hearing date - 12/2/15 @ Noon; Obj. Deadline 11/30/15 @ 4 pm.
#9 - Wages & Benefits - Interim ORDER SIGNED  - Final Hearing date -  12/2/15 @ Noon; Obj. Deadline 11/30/15 @ 4 pm.
#10 - Utilities - Revised - ORDER SIGNED - Final Hearing date - 12/2/15 @ Noon; Obj. Deadline 11/30/15 @ 4 pm.
#11 - Taxes -  Interim ORDER SIGNED - Date - 12/2/15 @ Noon; Obj. Deadline 11/30/15 @ 4 pm.
#12 - Insurance Coverage - matter not going forward for this today
#13 - 156(c) Retention - ORDER SIGNED
#14 - Bid Procedures - Date Scheduled 12/2/15 @ Noon; Obj. Deadline 11/30/15 @ 4 pm.   - Sale hearing 1/8/16 @ 10 am
#15 - Bar Dates -  Date Scheduled  12/2/15 @ Noon; Obj. Deadline 11/30/15 @ 4 pm.