| Fill in this information to identify the case: |
|---|
| Debtor name  Parallel Energy LP |
| United States Bankruptcy Court for the: _____ District of Delaware |
| (State) |
| Case number (If known):  15-12263 (KG) |

☒ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ MM/DD/YYYY | to | Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
| For prior year: | From _____ MM/DD/YYYY | to | _____ MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| For the year before that: | From _____ MM/DD/YYYY | to | _____ MM/DD/YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ MM/DD/YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____ MM/DD/YYYY | to | _____ MM/DD/YYYY | _____ | $_____ |
| For the year before that: | From _____ MM/DD/YYYY | to | _____ MM/DD/YYYY | _____ | $_____ |

Debtor  Parallel Energy LP                             Case number (if known) 15-12263 (KG)
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Name _____ Street _____ City _____ State ____ ZIP Code ____ | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. See attached rider
Name
Street
City            State       ZIP Code

**Name and address**

26d.2.
Name
Street
City            State       ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of inventory records**

27.1.
Name
Street
City            State       ZIP Code

Debtor   Parallel Energy LP                                                Case number 15-12263 (KG)
         Name

**Name and address of recipient**

30.2
Name _____

Street _____

_____
City                    State            ZIP Code

Relationship to debtor

_____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
   ☐ No
   ☐ Yes. Identify below.

   Name of the parent corporation                                          Employer Identification number of the parent corporation
   _____                    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
   ☐ No
   ☐ Yes. Identify below.

   Name of the pension fund                                                Employer Identification number of the pension fund
   _____                    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection 
or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and c

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/11/2016
             MM / DD / YYYY

X _____                          Printed name  Richard Miller
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  CFO of Parallel Energy GP LLC as General Partner of Parallel Energy LP

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 14

Debtor Name:    Parallel Energy LP                                         Case Number:    15-12263 (KG)

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

### Part 6, Question 11: Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website address | Who made the payment, if not debtor? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVENUE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | Parallel Energy Inc. | | 1/4/2015 | $22,190.00 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVENUE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | Parallel Energy Inc. | | 10/16/2015 | $20,217.50 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVENUE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | Parallel Energy Inc. | | 10/28/2015 | $105,205.56 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVENUE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | Parallel Energy Inc. | | 10/31/2015 | $106,813.00 |
| ALVAREZ & MARSAL NORTH AMERICA, LLC 600 MADISON AVENUE, 8TH FLOOR NEW YORK, NY 10022 | www.alvarezandmarsal.com | | | 11/6/2015 | $75,000.00 |
| ALVAREZ & MARSAL CANADA ULC BOW VALLEY SQUARE 4 SUITE 1110, 250 6TH AVENUE SW CALGARY, AB T2P 3H7 CANADA | www.alvarezandmarsal.com | Parallel Energy Inc. | | 9/21/2015 | $150,000.00 CDN |
| ALVAREZ & MARSAL CANADA ULC BOW VALLEY SQUARE 4 SUITE 1110, 250 6TH AVENUE SW CALGARY, AB T2P 3H7 CANADA | www.alvarezandmarsal.com | Parallel Energy Inc. | | 10/4/2015 | $89,155.00 CDN |
| ALVAREZ & MARSAL CANADA ULC BOW VALLEY SQUARE 4 SUITE 1110, 250 6TH AVENUE SW CALGARY, AB T2P 3H7 CANADA | www.alvarezandmarsal.com | Parallel Energy Inc. | | 10/16/2015 | $72,242.63 CDN |

Debtor Name: Parallel Energy LP                    Case Number: 15-12263 (KG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 11:** Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website address | Who made the payment, if not debtor? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|
| ALVAREZ & MARSAL CANADA ULC<br>BOW VALLEY SQUARE 4<br>SUITE 1110, 250 6TH AVENUE SW<br>CALGARY, AB T2P 3H7<br>CANADA | www.alvarezandmarsal.com | Parallel Energy Inc. | | 10/28/2015 | $47,457.38 CDN |
| ALVAREZ & MARSAL CANADA ULC<br>BOW VALLEY SQUARE 4<br>SUITE 1110, 250 6TH AVENUE SW<br>CALGARY, AB T2P 3H7<br>CANADA | www.alvarezandmarsal.com | Parallel Energy Inc. | | 10/31/2015 | $25,391.63 CDN |
| BAYARD, PA<br>222 DELAWARE AVENUE<br>SUITE 900<br>WILMINGTON, DE 19801 | www.bayardlaw.com | | | 10/22/2015 | $75,000.00 |
| BAYARD, PA<br>222 DELAWARE AVENUE<br>SUITE 900<br>WILMINGTON, DE 19801 | www.bayardlaw.com | | | 11/6/2015 | $75,000.00 |
| EVERCORE GROUP LLC<br>55 EAST 52ND STREET<br>NEW YORK, NY 10055 | www.evercore.com | Parallel Energy Inc. | | 9/24/2015 | $10,983.41 |
| EVERCORE GROUP LLC<br>55 EAST 52ND STREET<br>NEW YORK, NY 10055 | www.evercore.com | | | 11/2/2015 | $200,000.00 |
| EVERCORE GROUP LLC<br>55 EAST 52ND STREET<br>NEW YORK, NY 10055 | www.evercore.com | | | 11/6/2015 | $10,000.00 |
| LATHAM & WATKINS LLP<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-1560 | www.lw.com | | | 11/2/2015 | $686,675.45 |
| LATHAM & WATKINS LLP<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES, CA 90071-1560 | www.lw.com | | | 11/6/2015 | $250,000.00 |

Debtor Name: Parallel Energy LP   Case Number: 15-12263 (KG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 11:** Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website address | Who made the payment, if not debtor? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|
| PRICEWATERHOUSECOOPERS LLP<br>1000 LOUISIANA STREET<br>SUITE 5800<br>HOUSTON, TX 77002-5021 | www.pwc.com | | | 11/2/2015 | $36,025.00 |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 1/22/2015 | $12,047.57 CDN |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 2/6/2015 | $7,210.35 CDN |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 3/10/2015 | $486.20 CDN |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 5/18/2015 | $4,401.73 CDN |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 6/25/2015 | $193,479.05 CDN |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 8/17/2015 | $6,455.69 CDN |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 9/25/2015 | $68,524.76 CDN |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 10/26/2015 | $123,906.67 CDN |

Debtor Name:    Parallel Energy LP                                   Case Number:    15-12263 (KG)

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

### Part 6, Question 11: Payments related to bankruptcy

| Who was paid or who received the transfer? | Email or website address | Who made the payment, if not debtor? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 10/28/2015 | $93,013.68 CDN |
| PRICEWATERHOUSECOOPERS LLP<br>111 5 AVE. SW<br>SUITE 3100<br>CALGARY, AB T2P 5L3<br>CANADA | www.pwc.com | Parallel Energy Inc. | | 10/31/2015 | $50,000.00 CDN |
| PRIME CLERK LLC<br>830 THIRD AVENUE,<br>9TH FLOOR<br>NEW YORK, NY 10022 | www.primeclerk.com | | | 11/2/2015 | $50,000.00 |
| THOMPSON & KNIGHT LLP<br>333 CLAY STREET<br>SUITE 3300<br>HOUSTON, TX 77002 | www.tklaw.com | Parallel Energy Inc. | | 10/9/2015 | $45,335.00 |
| THOMPSON & KNIGHT LLP<br>333 CLAY STREET<br>SUITE 3300<br>HOUSTON, TX 77002 | www.tklaw.com | Parallel Energy Inc. | | 10/22/2015 | $139,443.57 |
| THOMPSON & KNIGHT LLP<br>333 CLAY STREET<br>SUITE 3300<br>HOUSTON, TX 77002 | www.tklaw.com | | | 10/26/2015 | $152,505.32 |
| THOMPSON & KNIGHT LLP<br>333 CLAY STREET<br>SUITE 3300<br>HOUSTON, TX 77002 | www.tklaw.com | | | 11/2/2015 | $206,134.00 |
| THOMPSON & KNIGHT LLP<br>333 CLAY STREET<br>SUITE 3300<br>HOUSTON, TX 77002 | www.tklaw.com | | | 11/6/2015 | $550,000.00 |

1. The payments shown in response to Question 11 were made from an account owned by Parallel Energy LP. However, these payments were made on behalf of Parallel Energy LP and Parallel Energy GP LLC and as such are listed under both Debtors.
2. The payments made to Alvarez and Marsal Canada ULC includes amounts associated with GST which were excluded from the Alvarez and Marsal retention application. Portions of these payments may relate to the Canadian Administration process and not directly related to the U.S. bankruptcy.
3. The payments to Pricewaterhousecoopers LLC include payments not associated with the bankruptcy process.

Debtor Name:  Parallel Energy LP                                                Case Number:    15-12263 (KG)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 26d:** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Name and address |
| --- |
| RLI INSURANCE COMPANY<br>8 GREENWAY PLAZA, STE 400<br>HOUSTON, TX 77046 |