**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PARALLEL ENERGY LP, *et al.*[1] | § | Case No. 15-12263 (KG) |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 10, 2016 AT 10:00 A.M. (EASTERN TIME)**[2]

## I. CONTESTED MATTERS

1. Motion of the Debtors for Entry of an Order Pursuant to Sections 105(a), 305(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017 Authorizing Dismissal of the Debtors' Cases Under Certification of Counsel [Filing Date: 2/18/16; D.I. 210]

   Related Documents:

   A. Notice of Filing of Exhibit 2 to Proposed Order Approving (I) Form of Order Pursuant to Sections 105(a), 305(a) and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017 Authorizing Dismissal of the Debtors Cases and (II) Procedures for Submission of Such Order Under Certification of Counsel [Filing Date: 3/7/16; D. I. 229]

   Response Deadline:  March 3, 2016 at 4:00 p.m. (ET)

   Responses Received:

   A. United States Trustee's Limited Objection to the Motion of the Debtors for Entry of an Order Pursuant to Sections 105(a), 305(a), and 1112(b) of the Bankruptcy Code and Bankruptcy Rule 1017 Authorizing Dismissal of the Debtors' Cases Under Certification of Counsel [Filing Date: 3/3/16; D. I. 226]

---

[1] The Debtors in these Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Parallel Energy LP (9322); and Parallel Energy GP, LLC (9321).  The Debtors' principal offices are located at 1323 E. 71st Street, Suite 200, Tulsa, OK 74136.

[2] Please note that the hearing is before the Honorable Kevin Gross in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 no later than 12:00 p.m. one business day prior to the hearing.  Chambers must be contacted regarding any late requests for telephonic appearances.

{BAY:02866951v1}

B. Joinder of United States Environmental Protection Agency and Department of Interior in United States Trustee's Limited Objection to the Motion of Debtors for entry of an Order Authorizing Dismissal of the Debtors' Cases [Filing Date: 3/3/16; D.I. 228]

Status: The hearing on this matter will go forward.

Dated: March 8, 2016
Wilmington, DE

BAYARD, P.A.

*/s/ Evan T. Miller*
Neil B. Glassman (No. 2087)
GianClaudio Finizio (No. 4253)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
E-mail: nglassman@bayardlaw.com
gfinizio@bayardlaw.com
emiller@bayardlaw.com

and

THOMPSON & KNIGHT LLP
Demetra L. Liggins *(admitted pro hac vice)*
Three Allen Center
333 Clay Street, Suite 3300
Houston, TX 77002
Tel: (713) 951-5884
Fax: (832) 397-8052
E-mail:Demetra.Liggins@tklaw.com

THOMPSON & KNIGHT LLP
David M. Bennett *(admitted pro hac vice)*
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533
Tel: (214) 969-1700
Fax: (214) 969-1751
E-mail: David.Bennett@tklaw.com

*Counsel for the Debtors*